IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH ALLEN TYLER | : | |
| | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 03-CV-6491 |
| | : | |
| DAVID VIGUGLIELMO, ET AL. | : | |

### ORDER

AND NOW, this 30th day of March, 2006, upon consideration of the Report and Recommendation filed by the Magistrate Judge and the Objections To The Report And Recommendation filed by Keith Allen Tyler pro se, and it appearing that the Objections simply state that "Petitioner has made a **prima facie** showing that Petitioner's rights have been violated in the state courts" and that " Petitioner will rely on the submissions in his Application for a Writ of Habeas Corpus under §2254 and accompanying Memorandum of Law", and the Court having reviewed de novo the issues addressed by the Magistrate Judge in the Report and Recommendation, it is ORDERED as follows:

1. The Objections to the Report and Recommendations are OVERRULED.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The Petition for Writ of Habeas Corpus is DENIED.

4. No certificate of appealability shall issue

IT IS SO ORDERED.

BY THE COURT:

/s R. Barclay Surrick

_____
R. Barclay Surrick, Judge